```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 04 B 19676
    ALESIA D TAYLOR
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY
           Debtor
    SSN XXX-XX-8071


--------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 05/20/2004 and was confirmed 08/05/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was paid in full 08/17/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                            PAID         PAID
--------------------------------------------------------------------------
TRIAD FINANCIAL            SECURED          10870.00       729.87      10870.00
TRIAD FINANCIAL            UNSECURED         3051.58          .00        305.16
ACCOUNTS RECEIVABLE SERV   UNSECURED        NOT FILED         .00            .00
AMERICASH LOANS            UNSECURED          837.64          .00         83.76
HARVARD COLLECTION SERVI   UNSECURED        NOT FILED         .00            .00
B-LINE LLC                 UNSECURED          664.36          .00         66.44
JEFFERSON CAPITAL SYSTEM   UNSECURED         1085.03          .00        108.50
JENNIFER L MCALLISTER &    NOTICE ONLY      NOT FILED         .00            .00
MIDLAND CREDIT SERV        NOTICE ONLY      NOT FILED         .00            .00
NCO FINANCIAL SYSTEMS      NOTICE ONLY      NOT FILED         .00            .00
PEKAY & KAPLAN             NOTICE ONLY      NOT FILED         .00            .00
POWELL ROGERS & SPEAKS     NOTICE ONLY      NOT FILED         .00            .00
ACCOUNTS RECEIVABLE SERV   UNSECURED         2195.15          .00        219.52
TARGET                     UNSECURED        NOT FILED         .00            .00
RETAILERS NATIONAL BANK    UNSECURED        NOT FILED         .00            .00
RISK MANAGEMENT ALTERNAT   NOTICE ONLY      NOT FILED         .00            .00
BROTHER LOAN & FINANCE     UNSECURED          887.66          .00         88.77
SIR FINANCE                UNSECURED         1224.00          .00        122.40
B-LINE LLC                 UNSECURED              .00         .00            .00
ILLINOIS DEPT PUBLIC AID   UNSECURED         3458.00          .00        345.80
LEGAL HELPERS PC           DEBTOR ATTY       1,600.00                   1,600.00
TOM VAUGHN                 TRUSTEE                                        766.25
DEBTOR REFUND              REFUND                                         309.53

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 15,616.00

PRIORITY                                          .00
SECURED                                     10,870.00

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 19676 ALESIA D TAYLOR
```

```
    INTEREST                                               729.87
UNSECURED                                                1,340.35
ADMINISTRATIVE                                           1,600.00
TRUSTEE COMPENSATION                                       766.25
DEBTOR REFUND                                              309.53
                                 ---------------    ---------------
TOTALS                                 15,616.00          15,616.00
```

   Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 11/29/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                        PAGE   2
        CASE NO. 04 B 19676 ALESIA D TAYLOR